# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

Case No. 6D2025-1159
Lower Tribunal No. 2014-CF-000107

———————————————————

JEAN GERMAIN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————————

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Orange County.
Kevin B. Weiss, Judge.

February 10, 2026

PER CURIAM.

AFFIRMED.

WHITE, BROWNLEE and PRATT, JJ., concur.


Jean Germain, Punta Gorda, pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF TIMELY FILED